

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

June 5, 1940

Hon. John R. Shook
Criminal District Attorney
San Antonio, Texas

Dear Sir:  Attention of Mr. Jay San Levey

    Opinion No. O-868
    Re: Effect of Senate Bill 39 on the
     validity of appointments made be-
     fore the law was enacted and li-
     censes which were issued prior
     to the passage of the bill, which
     do not expire until January, 1941.

   Your request for an opinion as to the effect
of Senate Bill 39 on the validity of appointments made
and licenses issued prior to the passage of the bill
has been received by this department.

   As you state in your letter of May 24th, it
is apparent that this law applies only to Bexar County.
It is therefore the opinion of this department that it
is a purely local law attempting to regulate the affairs
of Bexar County, and as such in violation of Article
3, Section 56, of the Constitution of the State of Texas.

   We enclose herewith a copy of opinion No. O-735,
written by Assistant Attorney General Ardell Williams, on
May 5, 1939, in the belief that the authorities therein
cited control the issue presented by your request.

          Yours very truly

RC:AW         ATTORNEY GENERAL OF TEXAS

ENCLOSURE

APPROVED:      By
            Ross Carlton
Gerald C. Mann /s/      Assistant

ATTORNEY GENERAL OF TEXAS   APPROVED
          Opinion Com
          mittee
          By HQB
           Chairman